IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| QUADRANT STRUCTURED PRODUCTS COMPANY, LTD., Individually and Derivatively on behalf of Athilon Capital Corp., | § § § § § | No. 210, 2016 |
| | § | Court Below: Court of |
| Plaintiff Below, | § | Chancery of the State of |
| Appellant/Cross-Appellee, | § | Delaware |
| | § | |
| v. | § | C.A. No. 6990-VCL |
| | § | |
| VINCENT VERTIN, MICHAEL SULLIVAN, PATRICK B. GONZALEZ, BRANDON JUNDT, J. ERIC WAGONER, ATHILON CAPITAL CORP., ATHILON STRUCTURED INVESTMENT ADVISORS LLC, MERCED CAPITAL, L.P., MERCED PARTNERS LIMITED PARTNERSHIP, MERCED PARTNERS II, L.P., MERCED PARTNERS III, L.P., and HARRINGTON PARTNERS, L.P., | § § § § § § § § § § § § § | |
| | § | |
| Defendant Below, | § | |
| Appellees/Cross-Appellants. | § | |
| | § | |

Submitted: October 25, 2016
Decided: October 31, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, **VALIHURA**, **VAUGHN**, Justices; and **JONES**, Judge,[*] constituting the Court *en Banc*.

---

[*] Sitting by designation under Del. Const. art. IV, § 12.

# **O R D E R**

This 31st day of October 2016, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in its decisions of October 20, 2015 and March 9, 2016.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice